GARY M. RESTAINO
United States Attorney
District of Arizona
ANGELA W. WOOLRIDGE
Assistant United States Attorney
Arizona State Bar No. 022079
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: angela.woolridge@usdoj.gov
Attorneys for Plaintiff

FILED

2022 OCT 26 PM 3: 05

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

**CR22-02348 TUC-JGZ(DTF)**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

Plaintiff,

vs.

Timothy Paul Hill,

Defendant.

No.

INDICTMENT

VIO: 18 U.S.C. §§ 922(a)(1)(A) & 924(a)(1)(D)
(Engaging in the Business of Dealing Firearms Without a License)
Count 1

18 U.S.C. § 924(d); 28 U.S.C. § 2461(c)
Forfeiture Allegation

THE GRAND JURY CHARGES:

### COUNT ONE

Between on or about May 2021 and on or about January 2022, in the District of Arizona, Defendant TIMOTHY PAUL HILL, not being a licensed dealer of firearms, within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing firearms.

In violation of Title 18, United States Code, Sections 922(a)(1)(A) and 924(a)(1)(D).

### FORFEITURE ALLEGATION

Upon conviction of Count One of this Indictment, the defendant, TIMOTHY PAUL HILL, shall forfeit to the United States pursuant to Title 18, United States Code, Section

924(d), and Title 28, United States Code, Section 2461(c), any firearms involved in the commission of the offense, including, but not limited to:

| Line # | Asset Description | Serial Number |
|---|---|---|
| 1 | 2 Anderson Manufacturing AM15 5.56 caliber rifle | 21146699, 21146693 |
| 2 | 3 Palmetto State Armory AR-15 Stealth multi-caliber receivers | SCD0093826, SCD0093833, SCD0093832 |
| 3 | 4 Anderson Manufacturing AM15 multi-caliber receivers | 21111702, 21111709 21111713, 21111728 |
| 4 | 2 Radical Firearms RF15 Receivers | 21-029674 21-030362 |
| 5 | 8 Anderson Manufacturing AM15 multi-caliber receivers | 21180268, 21180269, 21180270, 21180271, 21180272, 21180273, 21180007, 21180008 |
| 6 | 17 Design & Manufacturing IFLR-15 multi-caliber receiver | 20-17DM01539 |
| 7 | 2 Anderson Manufacturing AM15 multi-caliber receivers | 21111738, 21111737 |
| 8 | Anderson Manufacturing 5.56 caliber pistol | 21111733 |
| 9 | 7 Anderson Manufacturing AM15 multi-caliber receivers | 21180363, 21180364, 21180365, 21180366, 21180367, 21180368, 21180369 |
| 10 | 4 Palmetto State Armory AR15 MOE multi-caliber receivers | SCD942765, SCD924979, SCD590252, SCD590245 |
| 11 | (2) 17 Design & Manufacturing IFLR-15 multi-caliber receivers | 21-17DM02092, 21-17DM02260 |
| 12 | 10 Anderson Manufacturing AM15 multi-caliber receivers | 21209555, 21209556, 21209565, 21209566, 21209575, 21209576, 21209585, 21209586, 21209594, 21209595 |
| 13 | 10 Anderson Manufacturing AM15 multi-caliber receivers | 21209453, 21209454, 21209455, 21209456, 21209457, 21209461, 21209462, 21209463, 21209464, 21209465 |

| 14 | 10 Anderson Manufacturing AM15 multi-caliber receivers | 21224691, 21224692, 21224693, 21224694, 21224695, 21224696, 21224697, 21224698, 21224699, 21224700 |
|---|---|---|
| 15 | 6 Anderson Manufacturing AM15 multi-caliber receivers | 21241401, 21241402, 21241403, 21241404, 21241412, 21241413 |
| 16 | (2) 17 Design & Manufacturing IFLR-15 multi-caliber receivers | 21-17DM01182, 21-17DM01186 |
| 17 | 5 Palmetto State Armory AR15 multi-caliber receivers | SCD202709, SCD202710, SCD202711, SCD202712, SCD202713 |
| 18 | Palmetto State Armory PSAK47 7.62 caliber rifle | GF3-44872 |
| 19 | 6 Palmetto State Armory PA15 multi-caliber receivers | SCD593299, SCD593307, SCD300100, SCD593327, SCD688078, SCD688066 |
| 20 | Palmetto State Armory AK47 GF3 7.62 caliber rifle | AKB044877 |
| 21 | 3 Palmetto State Armory AR15 multi-caliber receivers | SCB102173, SCD303648, SCB101878 |
| 22 | 3 Palmetto State Armory AR15 multi-caliber receivers | SCD693921, SCD693928, SCD693935 |
| 23 | 5 Palmetto State Armory PA15 multi-caliber receivers | SCD402952, SCD402957, SCD402960, SCD402970, SCD402972 |
| 24 | Radical Firearms LLC RF-15 multi-caliber rifle | 21-05476 |
| 25 | 5 Anderson Manufacturing AM15 multi-caliber receivers | 21147610, 21147857, 21261782, 21261972, 21261988 |
| 26 | 5 Radical Firearms LLC RF-15 multi-caliber receivers | 21-029635, 21-029638, 21-029646, |

| | | |
|---|---|---|
| | | 21-048613, 21-049553 |
| 27 | Radical Firearms LLC RF-15 multi-caliber rifle | 21-040082 |
| 28 | 5 Anderson Manufacturing AM15 multi-caliber receivers | 21279910, 21279919, 21279920, 21279930, 21286800 |
| 29 | 12 Anderson Manufacturing AM15 multi-caliber receivers | 21286953, 21286954, 21286958, 21286963, 21286678, 21286973, 21286687, 21286688, 21286982, 21286698, 21286699, 21286992 |
| 30 | 4 Aero Precision X-15 multi-caliber receivers | X402109, X402110, X402111, X402112 |
| 31 | Radical Firearms LLC RF-15 multi-caliber rifle | 21-047728 |
| 32 | Taurus G2C 9mm caliber pistol | ACH095987 |
| 33 | 2 Palmetto State Armory, PA-15 multi-caliber receivers | SCD771341, SCD771343 |
| 34 | (4) 17 Design & Manufacturing IFLR-15 multi-caliber receivers | 21-DM02000, 21-DM02036, 21-DM02037, 21-DM02055 |
| 35 | Sig Sauer P365 9mm caliber pistol | 66A815757 |
| 36 | 10 Anderson Manufacturing AM15 multi-caliber receivers | 21333451, 21333458, 21333459, 21333468, 21333469, 21333479, 21333480, 21333489, 21333490, 21333500 |
| 37 | 10 Anderson Manufacturing AR-15-A3 receivers | 21333452, 21333453, 21333454, 21333462 21333463, 21333464, 21333472, 21333473, 21333474, 21333982 |
| 38 | 6 Palmetto State Armory AR-15 Freedom receivers | SCD772103, SCD772087, SCD772090, SCD772086, SCD772097, SCD772096 |
| 39 | 10 Palmetto State Armory AR-15 MAGPUL receivers | SCB907769, SCD688064, SCD770727, |

| | | |
|---|---|---|
| | | SCD762488, SCB907190, SCB907776, SCB907778, SCB594748, SCB907774, SCB907765 |
| 40 | 12 Palmetto State Armory AR15 Stealth receivers | SCD099547, SCD099328, SCD302143, SCD167737, SCD301850, SCD167745, SCB100499, SCB110589, SCB110585, SCB110588, SCB110587, SCB110586 |
| 41 | 10 Palmetto State Armory AR15 Multi caliber receivers | SCD909104, SCD411328, SCD409113, SCD762200, SCD411324, SCD411316, SCD409106, SCD409105, SCD411309, SCD411314 |
| 42 | Rock Island Armory MAPP FS 9mm caliber pistol | AC19639 |
| 43 | Palmetto State Armory PAX9 multi-caliber rifle | GP000360 |
| 44 | Taurus G2C 9mm caliber pistol | 1C049669 |
| 45 | Taurus G2C 9mm caliber pistol | ACK363235 |
| 46 | 20 Palmetto State Armory AR15 Multi caliber receivers | SCD692863, SCD908773, SCB908770, SCB908752, SCB904590, SCB904587, SCB904591, SCB908763,<br><br>SCD411854, SCD411851, |

*United States of America v. Timothy Paul Hill*
*Indictment Page 5 of 7*

| # | Description | Serial Number |
|---|---|---|
| | | SCD411838, SCB114945, SCB114949, SCB114940, SCB114932, SCB114931, SCB114933, SCB114943, SCB114935, SCB114934 |
| 47 | Tisas 1911 .45 ACP caliber pistol | T0620-21AK03733 |
| 48 | 2 Anderson Manufacturing AM15 multi-caliber receivers | 21362061, 21362073 |
| 49 | 3 Anderson Manufacturing AM15 multi-caliber receivers | 21362089, 21362090, 21361742 |
| 50 | FM Products FM-45B .45ACP caliber receiver | EPG16V2 |
| 51 | Stoeger Turkey STR-9 9mm caliber pistol | T6429-21U06783 |
| 52 | Palmetto State Armory Dagger 9mm caliber pistol | FG036557 |
| 53 | 4 Palmetto State Armory AR15 multi-caliber receivers | SCD421459, SCD208951, SCD208944, SCD208930 |
| 54 | Unknown Make, Wolverine multi-caliber receiver | VJ00031 |
| 55 | Sarsilmaz SAR9 9mm caliber pistol | T1102-21BV38189 |
| 56 | SAR USA SAR9 9mm caliber pistol | T1102-21BV89377 |
| 57 | 10 Aero Precision LLC X15 multi-caliber receivers | X431468, X431483, X431490, X431493, X431479, X431481, X431482, X431491, X431492, X431489 |
| 58 | 3 Orchid Defense Group OD-15-S multi-caliber receivers | NV01174, NV01198, NV01514 |
| 59 | 6 Palmetto State Armory PA15 multi-caliber receivers | SCD425325, SCD425326, SCD425327, SCD425329, SCD425331, SCD425332 |
| 60 | Palmetto State Armory RTB15 multi-caliber receiver | RTB02691 |
| 61 | Sig Sauer P365 9mm caliber pistol | 66B913558 |
| 62 | SAR USA SAR9 9mm caliber pistol | T1102-21BV95423 |

| 63 | 10 Anderson Manufacturing AM15 multi-caliber receivers | 21410969, 21410956, 21410965, 21410966, 21410997, 21410996, 21410987, 21410985, 21410976, 21410975 |
|----|----|----|
| 64 | SAR USA SAR9 9mm caliber pistol | T1102-21BV90255 |
| 65 | 5 Anderson Manufacturing AM15 multi-caliber receivers | 21258785, 21258795, 21261925, 21261992, 21261999 |
| 66 | (5) 17 Design & Manufacturing 17DM-4 multi-caliber receivers | 21-F10504, 21-F10526, 21-F10277, 21-F10286, 21-F10385 |
| 67 | FM Products FM-45B .45ACP caliber receiver | 45-07095 |

If any of the property described above, as a result of any act or omission of the defendant: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the court; d) has been substantially diminished in value; or e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property, including, but not limited to, all property, both real and personal, owned by the defendant.

All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c) and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/S/

FOREPERSON OF THE GRAND JURY
Dated: October 26, 2022

GARY M. RESTAINO
United States Attorney
District of Arizona
/S/

ANGELA W. WOOLRIDGE
Assistant U.S. Attorney

*United States of America v. Timothy Paul Hill*
*Indictment Page 7 of 7*