GARY M. RESTAINO
United States Attorney
District of Arizona
MATTHEW C. CASSELL
Colorado State Bar No. 38157
Assistant U.S. Attorney
CRAIG H. RUSSELL
Assistant U.S. Attorney
Arizona State Bar No. 029206
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone:  520-620-7300
Email: Matthew.Cassell@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR 22-02348-TUC-JGZ(AMM) |
| Plaintiff, | NOTICE OF CONFESSIONS, ADMISSIONS AND STATEMENTS PURSUANT TO LOCAL RULE 16.1 |
| vs. | |
| Timothy Paul Hill, | |
| Defendant. | |

Plaintiff, United States of America, by and through its undersigned attorneys, gives notice pursuant to Local Rule 16.1, that all confessions, admissions and statements provided in government disclosure will be introduced into evidence by the government at the trial in this matter. *See United States v. Hall*, 742 F.2d 1153, 1156 (9th Cir.1984).

Respectfully submitted this 11th day of July, 2023.

GARY M. RESTAINO
United States Attorney
District of Arizona

*S/ Matthew C. Cassell*

MATTHEW C. CASSELL
Assistant U.S. Attorney

Copy of the foregoing served electronically or by other means this 11th day of July, 2023, to:

ALL ECF participants