GARY M. RESTAINO
United States Attorney
District of Arizona
MATTHEW C. CASSELL
Assistant U.S. Attorney
Colorado State Bar No. 38157
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone:  520-620-7300
Email: Matthew.Cassell@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **United States of America,**<br><br>                **Plaintiff,**<br><br>        **v.**<br><br>**Timothy Paul Hill,**<br><br>                **Defendant.** | **CR-22-2348-TUC-JGZ-AMM**<br><br>**RESPONSE TO DEFENDANT'S OBJECTIONS TO PRESENTENCE REPORT** |

Now comes the United States of America, by and through its attorneys undersigned, and makes the following response to the defendant's objection to the presentence investigation report (PSR):  The defendant objects to the probation department's inclusion of certain facts in the PSR and argues that the use of this information is misleading. The government takes no position on these objections, and respectfully requests the Court rule in its sound discretion.

/ / /

Respectfully submitted this 24th day of January, 2024.

GARY M. RESTAINO
United States Attorney

*/s/ Matthew C. Cassell*

MATTHEW C. CASSELL
Assistant United States Attorney

Copy of the foregoing served electronically
or by other means this 24th day of January, 2024, to:

Natasha Wrae, Esq.
Attorney for defendant