NATASHA WRAE
Attorney At Law
P. O. Box 3026
Tucson, AZ 85702
Telephone (520) 624-4224

Natasha Wrae, Esq.
P.C.C. No. 65382
State Bar No. 020075
Attorney for Timothy Hill

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs<br><br>Timothy Hill,<br><br>    Defendant. | Case: CR-22-2348-TUC-JGZ(AMM)<br><br>**DEFENDANT'S SENTENCING RECOMMENDATION** |

It is expected that excludable delay under Title 18 U.S.C. § 3161 (h)(1)(D) may occur as a result of this Recommendation or from an order based thereon.

The Defendant, Timothy Hill, by and through his attorney undersigned, hereby respectfully submits this Sentencing Recommendation in connection with his sentencing, currently scheduled to occur on Friday, February 9, 2024. For the reasons stated in this Sentencing Recommendation, Mr. Hill urges the Court to grant a variance pursuant to 18 U.S.C. 3553(a) and sentence him to probation in light of this being his first felony conviction, his complicated medical issues and the financial impact the conviction will have on the family's income and his ability to support him and his wife. In the alternative, if the Court wishes to impose a more restrictive sentence, a form of home confinement is respectfully requested so that he may help take care of his wife and continue to work.

RESPECTFULLY SUBMITTED this 2nd day of February, 2024.

NATASHA WRAE, ESQ.
S/ Natasha Wrae
Natasha Wrae
Attorney for Timothy Hill

## MEMORANDUM OF POINTS AND AUTHORITIES

This Honorable Court will sentence Timothy Hill on February 9, 2024, pursuant to his guilty plea to Count One, 18 USC § 922(a)(1)(A) and 924(a)(1)(D), Engaging in the Business of Dealing Firearms without a License, a Class D felony offense. Accordingly, Counsel for Mr. Hill offers this Sentencing Recommendation as a medium for providing additional background information about him, discuss certain factors which the defense believes are relevant mitigating factors in this case, and demonstrate that the legitimate interests of the community are protected under the terms of the plea agreement. For the reasons set forth in this Sentencing Recommendation, the Defendant, Timothy Hill, by and through Counsel Undersigned, urges the Court to grant a variance pursuant to 18 U.S.C. 3553(a) and sentence him to probation in light of this being his first felony conviction, his complicated medical issues and the financial impact the conviction will have on the family's income and his ability to support him and his wife. In the alternative, if the Court wishes to impose a more restrictive sentence, a form of home confinement is respectfully requested so that he may help take care of his wife.

## I.

## MR. HILL AND HIS BACKGROUND

The Presentence Investigation Report provided by the United States Probation Department accurately details Mr. Hill's social history. As a result, any additional information is presented as necessary throughout this Memorandum and in the attached supporting documentation.

## II.

## MITIGATING FACTORS WARRANTING A VARIANCE

There are a number of factors which the defense contends justify a variance in this matter. For instance, Mr. Hill, who is fifty-eight (58) years old and has no prior felony convictions. Additionally, Mr. Hill has accepted responsibility for his actions and has expressed sincere remorse and has shown a deep regret for his actions and involvement

in this matter. See Mr. Hill's letter to the Court submitted simultaneously herewith.  It is worth noting, that Mr. Hill has never denied his actions and has been forthcoming and truthful about the firearms he sold when asked by investigators.

Mr. Hill's medical issues as outlined in the Presentence Investigation Report, the attached letter from Dr. Sonderer and a recent diagnosis of fatty liver disease which may necessitate surgery in the near future further support a variance to allow for ongoing medical care as set forth in 18 U.S.C. § 3553(a)(2)(d).  Moreover, the fact that he has had to sell his insurance business and will be limited in his income opportunities in order to support him and his wife is an additional consideration in determining the appropriate sentence to impose.

It is respectfully requested this Honorable Court review the submitted letters of support which attest to Mr. Hill's positive character attributes, the strength of his support system, the unlikely event of him ever committing another crime and the likelihood of his success on probation or home confinement. See Letters of Support submitted simultaneously herewith.  The letters further demonstrate that Mr. Hill has very strong ties to the community as a result of his living in Tucson the past 17 years with his wife of 38 years.

Lastly, Mr. Hill has been perfectly compliant with Pretrial Services since December 2, 2022 which is further indication of his ability to successfully perform any sentencing conditions the Court imposes.

## III.

## SENTENCING RECOMMENDATION

Counsel undersigned urges the Court to take into consideration all of the above factors. The letters of support demonstrate that Mr. Hill is a good person and that those who know him think very highly of him. In light of Mr. Hill's positive performance while on Pretrial Service's release, his acceptance of responsibility, remorse, medical issues and need to provide for his wife, a non-prison sentence is respectfully requested.  Moreover,

3

Mr. Hill has every intention of successfully completing any sentencing conditions imposed by the Court. As a result, the public will continue to be protected as Mr. Hill is extremely unlikely to ever commit another crime.

For the foregoing reasons, the Defendant, Timothy Hill, by and through his attorney undersigned, urges the Court to grant a variance pursuant to 18 U.S.C. 3553(a) in light of this being Mr. Hill's first felony conviction, his complicated medical issues and the financial impact the conviction will have on the family's income and his ability to support him and his wife. In the alternative, if the Court wishes to impose a more restrictive sentence, a form of home confinement is respectfully requested so that he may help take care of his wife and continue to work.

RESPECTFULLY submitted this 2nd day of February, 2024.

NATASHA WRAE, ESQ.

S/ *Natasha Wrae*
Natasha Wrae
Attorney for Timothy Hill

I hereby certify that on February 2, 2024, I electronically transmitted the attached document to the Clerks's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Craig Russell
Assistant U.S. Attorney

Matthew Cassell
Assistant U.S. Attorney

\\TOSHSCOMPUTER\My Documents\Hill, Tim\Hill Sent Rec.wpd

# EXHIBIT A

**Mr. Hill's letter to the Court
and
Doctor's Letter**

To: The Honorable Jennifer Zipps

United States District Court
Evo A. DeConcini U.S. Court House
405 W. Congress St. Suite 6160
Tucson, AZ 85701

Re: 4:22-cr-02348-JGZ-AMM

My name is Timothy Paul Hill, and I was born on March 23, 1965. I was raised by my mother and father in San Antonio. I did very well in school and graduated in the top 2% of my class, with honors. My father passed when I was 18. My mother recently passed. I married my freshman year in college and went to school full time and worked full time for 4 years. I graduated with a business degree from the University of Texas.

I married my wife at age 20 and have been with my wife for 38 years. My wife has a degree as a social worker from the university in Sonora, MX, She was naturalized as a citizen of the US about 30 years ago. My two children are 34 and 35 years old. Both graduated from the U of A and my youngest got her master's in social work at ASU. They are both married, one in Gilbert, AZ and the other in Boston, MA.

I started working for State Farm Insurance in 1988. I have been with them as an adjuster, fraud investigator, supervisor and an agent the last 16 years in Tucson, AZ. I attained the Chartered Life Underwriter designation from the American College during the 35 years I have been with State Farm. I started investing in real estate in 2014 and did well flipping homes. I obtained my general contractors license in 2019 and have a productive business.

During covid I was not able to enter homes for remodels or at the apartments I had been renovating for the owners. This put me into mortgage forbearance for $23,000. I had decided to sell my firearm collection at gun shows. I filled out all forms truthfully and never lied. I always confirmed the buyer was an Arizona resident. Then in October of 2021 I applied for my Federal Firearms License. I was approved on January 11, 2022. I sold my personal weapons before the license was received. I then ordered everything with my license.

I openly admitted to all purchases and sales to the ATF officers that came to talk to me. I was never misleading and have always been truthful. I still have my FFL but have obeyed all directives for me to not acquire or have any weapons or ammo in my possession. I understand the repercussions of my decision. I am truly sorry and regret selling anything without a license. I knew better and allowed the financial situation to influence my better judgement. I am prepared to take full responsibility for my actions.

The felony conviction will no longer permit me to have an agent's insurance license. I am retiring from State Farm. Leaving my agency early is resulting in me foregoing over $1,500,000 in gross income over the next 7 years. We will be losing our health benefits and half our income. We're not eligible for Social Security or assistance.

How this is affecting my wife has been the hardest thing to deal with as she has been so supportive and loving towards me. She cannot work due to her ailments and has been treated for the following: fibromialgia, arthritis in her hand, depression for over 8 years, thyroid disease, adult diagnosed ADD and sleep apnea. She requires my help daily and will suffer greatly if she is left alone at home. She did light cleaning at the office for me. She stopped getting paid in September 2023.

I am asking for mercy to not be sent to prison. If allowed to have probation or work release, I can continue my contracting work. If I can work, I can support my wife and I and

not be a burden to society.  I am not a violent man and my case supervisor has always said I was exemplary.

Please consider allowing me to work while I am being punished.

Sincerely,



ARIZONA COMMUNITY PHYSICIANS

ERIC SONDERER, MD
1200 N EL DORADO PL
SUITE E-500
TUCSON AZ 85715-4637
520-547-3900

August 08, 2023

To whom it may concern,

My name is Eric Sonderer, I am a family practitioner in Tucson Arizona. I am the primary care physician for Mr. Timothy P. Hill,I date of birth March 23, 1965. He is requesting a note in order to clarify his overall mental and physical situation. Presently a number of factors going on in his life that have significantly affected he and his wife.

Patient has significant morbid obesity and thus severe sleep apnea of which she is using a device for. Morbid obesity has been exacerbated by the various stressors he is under. Along with this there has been significant problems with anxiety/ depression and is on medication and he is still being evaluated and worked up. The obesity has led to diabetes, he is on medication.. Along with the diabetes and the stressors has come insomnia and is in need of medication and that is related also to the depression. He is on a number of medications that does also include blood pressure medications. List of his medications will be included with this note.

Physically there are numerous musculoskeletal issues going on. Chronic left knee pain secondary to osteoarthritis exacerbated by the morbid obesity. There is a left Achilles tendon issue that is intermittent, but it seems to be more of a chronic tendinitis. He has some intermittent left shoulder rotator cuff issues and is difficult to use his left arm.

Overall there are number of physical and mental issues going on of which I do believe he is interested in improving.

Any further information please feel free to contact me,

Eric Sonderer MD

# EXHIBIT B

**Letters of Support**

RE: 4:22 CR-02348-JGZ-AMM

To: The Honorable Jennifer Zipps
    United States District Court
    Evo A. DeConcini U.S. Courthouse
    405 W. Congress St.  Suite 6160
    Tucson, AZ 85701

My name is Haydee Garcia Hill. I was born on 09/11/60 and I am a homemaker. I have a 4 year degree in Mexico as a social worker. I have been a homemaker most of my life. I am not working now because of my health problems, I have fibromyalgia and arthritis in parts of my body. I am also on medication for depression, attention deficit disorder, my thyroid and I have been dealing with menopause for 13 years.

I have known Tim for 39 years. We have been married 38 years. We met in San Antonio Tex, where I was studying English as a second language. When we were married and Tim was still in college for 4 more years. He went to school in the morning and had a full time job in the evening. He has always provided for his family. He became an adjuster for State Farm Insurance, then became an agent. He is retiring with 35 years working for them. He bought and sold houses for 5 years then got his contractor's license. He has done both jobs for over 5 years.

We had two children 3 years after our marriage the kids are 34 and 35 now. They both graduated from the U of A and my daughter has a masters from A.S.U., she is a social worker for the VA in Boston Ma. Our son is a district sales manager for Truly Nolen in Gilbert AZ. We motivated and helped them to become good children.

I am not able to work so I depend on Tims income to survive. I do not any in Tucson to depend on to take care of me or loan me money. We are not going to have health insurance and will have to pay $1,700.00 a month to cover both of us. If Tim can not work we will lose everything.

Im 63years old and do not qualify for social security. It would be impossible for me to pay all the bills and health insurance unless you let Tim to continue to work. I understand why he is in court. My husband is not violent and not going to hurt anyone. He has always been friendly and tries to help anyone who asks for help or advice. Tim has helped me to collect household items, clothes, and food to donate in Nogales Senora Mexico. I take them to 3 churches and an orphanage. Nogales is where I was born. I only drive the Jeep and it has crossed many times in the last few years. My husband is friends with the neighbors and all he meets. My husband has learned his lesson and will never do anything like that again. Please consider allowing him to work.

Sincerely,

*Hayden G. Hill*

Re: 4:22-cr-02348-JGZ-AMM


To: The Honorable Jennifer Zipps

United States District Court
Evo A. DeConcini U.S. Court House
405 W. Congress St. Suite 6160
Tucson, AZ 85701


My name is Aaron W. Hill, and I am a retired electrician of 34 years. I have known Tim Hill all my life as he is my brother for 56 years now. His character was displayed when he came to pick me up at high school to let me know that our father had passed at 59 years of age. Tim was very supportive and helped our mother out as she had a very limited education. Two years later out mother remarried and moved to Tennessee. I soon followed.


Tim was always dedicated to school and started college after his junior year in high school. He married his freshman year and solely supported his new wife. He went to school full time and worked fulltime. This was an excellent example of how I wanted to be also.


Tim raised his family and boy and a girl to respect the law and to get the college degrees. They both graduated and his daughter now works for the VA with a graduate's degree and is the wife of a Harvard professor. His son is the sales manager for Truly Nolen in the Northern region of Arizona and is very successful also. Tims wife depends on his income to survive. She has not worked much and is in very poor health. She needs him to be able to take care of her now. She has more health concerns now more than ever.


I remember when Tim came to spend a week with our mother, before she passed. He took her to a resort and stayed with only her. She really cherished that time in Tennessee. She

loved and admired Tim as do I. He is a very loving. concerned and helpful person that I have all the faith in the world in.

For these reasons. I am happy to help Tim by writing this letter of reference for him regarding this situation. I understand the seriousness of this matter; however. I hope that some leniency will be shown.

On December 31. 2015. I was with my wife and twin 7-year-old boys in our car at a red light. A car hit us from behind and killed my sons and myself. I was revived but still suffer today with a severe brain injury. bad knees. replaced shoulder and arthritis. I depend on my brother as our mother passed away two years ago. He is my only sibling. Tim came up and spent a month with me right after the loss. He has always been there for me and the family.

Tim is a very reliable and honest person. I have always trusted him in all matters. It has always been the case that he does everything with the best friendly intentions and never takes money for it. He and his wife have sent many clothes. food and appliances to three churches in Mexico and to an orphanage there. This shows his selflessness.

It is unfortunate that he has made some bad decisions. thus resulting in this case. I was shocked to hear about the matter. but I am totally sure Tim is ready to accept all responsibilities. Now he expresses complete remorse for the deed and willingness to pay off his debt to the local community. I have no doubt about the sincerity of Tims intentions.

I hope that the court will be able to take my letter into account and attach it to the case. Despite this offense. I continue to consider Tim a worthy member of the local community and an example for many.

Sincerely. *Aaron Hill*
*Aaron Hill*



Dear Judge Zipps,

My name is Richard Romero and I'm a fifty-four-year-old native of Tucson. I have been married for twenty-six years and have two beautiful daughters. My youngest lives with us and helps care for my mother who suffers from Epilepsy and Dementia.

I have been in the automotive field for thirty-eight years and I have been at my current job for sixteen years of those years. I serve as the General Manger with 40 employees I am directly responsible for. The automotive field is where I met Mr. Hill.

I have known Mr. Hill for fifteen years. We met thru while I was out marketing our shop.

It was always difficult to meet the insurance agents face to face, but Mr. Hill ran his State Farm agency differently, he was right out front and accessible, I respected that.

Shortly after our initial meeting we met for lunch and I was able to secure his repair business, our relationship would end up being much more than a professional one.

Mr. Hill and I had a lot in common, our kids were close in age, both our wives were stay-at-home moms and we both enjoyed the outdoors. We could both relate to each other as we were experiencing the same set of challenges at that time in our life.

Over the years Mr. Hill and I spent a lot of time scouting and hunting along with his son and my father, it was some of the fondest memories I have with Tim and his son. We spoke weekly and Mr. Hill always made sure to call me when he was done remodeling a home so he could walk me through the completed project, Tim is good at turning nothing into something remarkable.

Mr. Hill and I have shared many experiences together and he has always been there for me, as I am for him. From the passing of friends and family to our personal health issues, business struggles and the everyday pressure of being the family leader and sole provider, Tim has always been there for me.

3810 E. 22nd St. • Tucson, Arizona 85713 • 520.795.0075 • Fax 520.323.0059 • www.danspaintandbody.com

Because Mr. Hill and I have spent so much time together, I have seen him interact with his family, his employees, and people in passing.  Tim is always respectful, thoughtful, polite, and always willing to help, no matter the situation. Tim Hill is a great man and a wonderful human being, I very blessed to able call him one of my dearest friends.

I understand Mr. Hill broke the law and the one thing that makes our country great is its rule of law. Mr. Hill has never been in a situation like this, he has never been in trouble with the law before.  My friend Tim has always put others before himself, he has provided jobs, homes and has raised his two children all while providing the daily care his wife requires.

I ask that you please show mercy by placing Mr. Hill on probation so he can continue to provide the care his wife so desperately needs. I know Mr. Hill will be a model citizen and will never burden the court system again.

Respectfully,

Richard Romero

General Manager

Dan's Paint and Body

Bert Shetler and Susan Lucas
3450 South Shiela Avenue, Tucson AZ 85735

December 10, 2023

Hon. Jennifer Zipps
United States District Court
Evo A. DeConcini U.S. Courthouse
405 W. Congress St. Suite 6160
Tucson, Arizona 85701

Dear Judge Zipps,

We are eager to write a letter of support and reference for Tim Hill. We're both jolted and upset to learn that Tim is defending himself against charges of any kind!

As for our background, we're both 62 and retired. Bert has lived in Tucson all of his life, raising 2 children here. For about 35 years, he drove a local delivery truck, the last approximately 25 for Pepsi. Susan has been a commercial banker for her career, the last couple of years in Tucson with Chase Bank after moving here in 2010.

We've known Tim for over 10 years. We met him when he became our State Farm insurance agent. From the very beginning, he made a great impression on us because of his honesty and advocacy. Tim has always been easy to talk to, friendly, fair minded, polite, conscientious, and eager to be of help. When he discussed what our insurance needs were, he told us that the prices would be competitive, with the exception of the motorcycles - he said he'd be happy to provide a quote for the motorcycles, but that it would most likely be in our best interest to shop for quotes on those. Refreshing.

He works a lot, working above and beyond his responsibilities with the insurance agency. He has flipped houses, been a reseller, and has taken on contractor jobs. Tim has always been a valuable resource to us, sharing knowledge about home improvement and having contacts in the construction / remodeling business. When he visited our new house, we asked if we needed an increased limit for our detached garage and instead of saying yes and pocketing the extra premium, he said no. He said if anything ever happened to the garage, he would help us and was confident we could rebuild at the included insurance limits. Again, refreshing.

Our business with Tim has dwindled over the years as we've found better insurance prices, but not our friendship. Tim is a trusted friend. We've ridden motorcycles together, been out to eat together many times, and enjoyed each other's company. We have built-in opportunities to chat because Tim is often coming and going to/from our house. He parks his utility trailer at our house (there's not enough room at his house to be in compliance with his HOA), uses it frequently, and has given us an open invitation to use it too, which has come in very handy.

We hope that this reference helps you to know Tim as we know him: a dependable, honest, overworked, supportive, and trustworthy business partner and friend.

Respectfully and Sincerely,

Bert Shetler and Susan Lucas

DECEMBER 15, 2023

Dear Judge Zipps,

I am writing this letter to you in support of Tim Hill, Agent for State Farm Insurance Company. I have worked as a staff person in Tim's insurance agency For the past 15 years as his employee and in the past I have worked for various other State Farm agents for 5 years. There is no other insurance agent I would want to work with.

I am a mixed breed of Caucasian and American Indian and my standards Are very high. As a single and unmarried woman Tim has always Treated me with the utmost respect and dignity.

Tim has a great work ethic and has never displayed any dishonesty with Any of his clients that I have witnessed. I have been Tim's right hand person Since the beginning of my employment with him and I have never witnessed Tim act in a dishonest or reckless manner with his clients. They all speak very kindly about him.

I plead with you that you do not sentence Tim to anything more than probation. He is profoundly sorry about any crime he is being accused of and I have Witnessed this on a daily basis.
He is a very spiritual and religious person and deserves another chance.

Sincerely,

Marcia Nedow
Marcia Nedow